UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


JOSE ALFREDO ABURTO POMPA,

        Petitioner,

v.                                   Case No. 2:26-cv-964-JES-DNF

MATTHEW MORDANT, IN HIS OFFICIAL
CAPACITY AS WARDEN OF FLORIDA SOFT
SIDE SOUTH; GARRETT RIPA, IN HIS
OFFICIAL CAPACITY AS FIELD OFFICE
DIRECTOR OF IMMIGRATION AND
CUSTOMS ENFORCEMENT'S ENFORCEMENT
AND REMOVAL OPEARTIONS MIAMI
FIELD OFFICE; TODD LYONS, IN HIS
OFFICIAL CAPACITY AS ACTING
DIRECTOR OF IMMIGRATION AND
CUSTOMS ENFORCEMENT; ET AL;

        Respondents.
_____

**ORDER**

On April 28, 2026, Aburto Pompa filed a Motion to Enforce Court Order and for Immediate Release (Doc. 12) indicating that more than 10 days had passed without a bond hearing being conducted or Petitioner being released as required by the Court's Opinion and Order (Doc. 9). The Court required Respondents to file an expedited response. (Doc. 13). Respondents complied and advised

that the bond hearing was not scheduled and that Aburto Pompa will be released from detention today at approximately 6 P.M. EDT. (Doc. 14).   The Court anticipates a supplemental response confirming his release.

Accordingly, it is now

**ORDERED:**

Petitioner's Motion to Enforce Court Order and for Immediate Release (Doc. 12) remains **under advisement** pending confirmation from Respondents of the release of Aburto Pompa from detention.

**DONE AND ORDERED** in Fort Myers, Florida on April 30, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2