UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


JOSE ALFREDO ABURTO POMPA,

        Petitioner,

v.                                            Case No. 2:26-cv-964-JES-DNF

MATTHEW MORDANT, IN HIS OFFICIAL
CAPACITY AS WARDEN OF FLORIDA SOFT
SIDE SOUTH; GARRETT RIPA, IN HIS
OFFICIAL CAPACITY AS FIELD OFFICE
DIRECTOR OF IMMIGRATION AND
CUSTOMS ENFORCEMENT'S ENFORCEMENT
AND REMOVAL OPEARTIONS MIAMI
FIELD OFFICE; TODD LYONS, IN HIS
OFFICIAL CAPACITY AS ACTING
DIRECTOR OF IMMIGRATION AND
CUSTOMS ENFORCEMENT; ET AL;

        Respondents.
_____

**ORDER**

    This matter comes before the Court on Respondents' Supplemental Response to Motion to Enforce Court Order and for Immediate Release of Petitioner (Doc. 16) indicating that Aburto Pompa was released from ICE custody on April 29, 206. The attached Order of Release on Recognizance (Doc. 16-1) confirms the release.

    Accordingly, it is now

**ORDERED:**

Petitioner's Motion to Enforce Court Order and for Immediate Release (Doc. 12) is **DENIED** as moot.

**DONE AND ORDERED** in Fort Myers, Florida on April 30, 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2